UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

KIMBERLY MANSHACK, ET AL.                CIVIL ACTION NO. 13-3231
                                                          consolidated with: 14-759

VERSUS                                            JUDGE ELIZABETH ERNY FOOTE

OCWEN LOAN SERVICING, L.L.C., ET AL.     MAGISTRATE JUDGE HORNSBY

---

### MEMORANDUM RULING

In consideration of the appeal filed by the Defendant, American Security Insurance Company, to Magistrate Judge Hornsby's order remanding the case, 5:13-cv-3231, to state court [Record Document 14], the Court hereby **AFFIRMS** the Magistrate Judge's order [Record Document 13] and **REMANDS** the case to the **1ST JUDICIAL DISTRICT COURT**, in and for **CADDO PARISH, LOUISIANA**. The Court agrees with the Magistrate Judge's reasoning set forth in his Memorandum Ruling [Record Document 12], as well as his reasoning in the ruling to remand the consolidated case, 5:14-cv-0759 [Record Document 23], and the Court adopts the reasoning from both these rulings as its own.

Additionally, the Court hereby **AFFIRMS** the Magistrate Judge's Memorandum Ruling [Record Document 23] that granted the Motion To Remand filed by the Plaintiffs in the consolidated case, 5:14-cv-0759. The arguments and allegations of error raised by the Defendant on appeal of this ruling are nearly identical to those raised in the first appeal, and the Court, again, adopts the Magistrate Judge's reasoning and finds that this subsequent appeal is equally without merit. [Record Document 24]. Therefore, as

this consolidated case was also removed to this Court from the same state court action as the above-referenced case, this consolidated case must likewise be **REMANDED** to the **1ST JUDICIAL DISTRICT COURT**, in and for **CADDO PARISH, LOUISIANA.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 26th day of March, 2015.

_____
ELIZABETH E. FOOTE
United States District Judge